STATE v. McCRIMMON

No. 216P88.

Case below: 89 N.C. App. 525.

Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 30 June 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

STATE v. NEWTON

No. 155P88.

Case below: 89 N.C. App. 153.

Motion by the State to dismiss appeal for lack of substantial constitutional question allowed 30 June 1988. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

STATE v. RHODES

No. 221P88.

Case below: 89 N.C. App. 724.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 30 June 1988.

TRADEWINDS CAMPGROUND, INC. v.
TOWN OF ATLANTIC BEACH

No. 314P88.

Case below: 90 N.C. App. 601.

Petition by plaintiff for temporary stay allowed 8 June 1988 pending receipt and consideration of plaintiff's petition for discretionary review.

TURLINGTON v. McLEOD

No. 206PA88.

Case below: 89 N.C. App. 515.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 30 June 1988.